UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN DANIEL ALENCASTRO VALI,

Petitioner,

v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER,

Respondent.

No.  2:26-cv-01034-DC-EFB (HC)

ORDER

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has paid the filing fee.  On March 26, 2026, respondents filed a return to the petition.  ECF No. 6.  On April 2, 2026, the court referred the matter to the undersigned magistrate judge.  ECF No. 7.

IT IS HEREBY ORDERED that petitioner may file a traverse on or before April 20, 2026. If no traverse is filed by that date, the court will consider the petition submitted.

DATED: April 14, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1